# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: THANH D. ZITO | * | CASE NO. 18-20791 NVA |
| Debtor(s) | * | CHAPTER 13 |
| | * | |

* * * * * * * * * * * * * * *

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE, LLC d//b/a MR. COOPER | * | |
| Movant | * | |
| vs. | * | |
| THANH D. ZITO | * | |
| Respondent | * | |

* * * * * * * * * * * * * *

## ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Now Comes Thanh D. Zito, debtor, by Lawrence A. Price, Jr. of Lawrence A. Price, Jr., P.A., her attorney, and in response to the Motion for Relief from Automatic Stay filed by Nationstar Mortgage, LLC d/b/a Mr.Cooper. states as follows:

1. Respondent admits the allegations contained in Paragraph 1.

2. Respondent admits the allegations contained in Paragraph 2.

3. Respondent is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 3 and therefore denies them.

4. Respondent is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 4 and therefore denies them.

5. Respondent denies the allegations contained in Paragraph 5.

6. Respondent is without sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 6 and therefore denies them.

WHEREFORE, Respondent, Thanh D. Zito fully responded to the Motion for Relief from Automatic Stay, prays that it be dismissed, Nationstar Mortgage, LLC, d/b/a Mr. Cooper to bear its own costs.

/s/ Lawrence A. Price, Jr.
Lawrence A. Price, Jr.
Lawrence A. Price, Jr., P.A.
808 South. Main Street
Bel Air, Maryland 21014
(410) 838-2308
Bar No.: 07047
pricelaw@larrypricelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2019 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the debtor's Answer to Motion for Relief from Automatic Stay will served electronically by the Court's CM/ECF system on the following:

Richard J. Rogers

Robert S. Thomas, II

/s/ Lawrence A. Price, Jr.
Lawrence A. Price, Jr.