

Nancy V. Alquist
**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF:

Thanh D. Zito

Case No.: 18-20791
Chapter 13

DEBTOR(S)

Nationstar Mortgage LLC, d/b/a Mr. Cooper

MOVANT
    vs.
Thanh D. Zito

RESPONDENT(S)

**CONSENT ORDER AND STIPULATION MODIFYING AUTOMATIC STAY**

TO THE HONORABLE, THE JUDGE OF SAID COURT:

    Upon consideration of the foregoing Motion Seeking Relief from Automatic Stay, the parties having reached an agreement, and good cause having been shown, by the United States Bankruptcy Court for the District of Maryland.

1

ORDERED that the Automatic Stay be, and it is, hereby terminated, pursuant to 11 U.S.C. 362(d), to permit Movant, its assigns and/or successors, to commence foreclosure proceedings in the Circuit Court for Harford County, Maryland against the real property and improvement known as 625 Milford Court, Abingdon, MD 21009 and that the successful purchasers shall take possession of the same; and be it further

ORDERED that the relief granted in the immediately proceeding paragraph be, and the same is hereby stayed, provided that the Debtor(s):

1. Resume(s) making regular monthly payments on May 1, 2019, of $1189.56 or as adjusted for escrow changes and continue thereafter, as well as all other conditions and obligations under the terms of the Deed of Trust or Mortgage, and

2. Make(s) a payment of $966.79 for (6) months beginning May 15, 2019 , and continue through October 15, 2019.  The total post-petition arrearage due from December 1, 2018 to April 1, 2019 is $5800.72 which includes $1031.00 bankruptcy legal fees.

Payments should be mailed to:
> Nationstar Mortgage LLC/Attn: Bankruptcy Dept.
> PO Box 619094
> Dallas, TX 75261-9741

Should the Debtor(s) fail to make any payment when due or should any payment be returned for insufficient funds, Movant shall file a Notice of Default with the Court.  Said Notice shall provide copies to the Debtor(s) and Debtor(s)' attorney and allow the Debtor(s) ten (10) days from the date the Affidavit of Default is mailed to cure two (2) default(s) under this agreement.  Any cure of an Affidavit of Default must be made in the form of a certified or cashier's check, or Western Union Quick Collect.  No right shall be given to cure any ensuing default.  In the event of a subsequent default and upon notice to Debtor(s), Debtor(s)' counsel and the Court the stay shall automatically terminate.

The fourteen (14) day stay of Bankruptcy Rule 4001(a)(3) is waived.

The parties agree that if the Debtor(s) converts this case to a Chapter 7, the Movant may immediately exercise all rights provided by the security instruments referenced in this Order and applicable state law.

| | |
|---|---|
| /s/Lawrence A. Price, Jr. | /s/ Richard J. Rogers |
| Lawrence A. Price, Jr., Esquire | Richard J. Rogers, Esquire |
| Attorney for Debtor | Cohn, Goldberg & Deutsch, LLC |
| | 600 Baltimore Avenue, Suite 208 |
| | Towson, MD  21204 |
| | 410-296-2550 |
| | Fax: 410-296-2558 |
| | Email: bankruptcyecf@cgd-law.com |
| | Federal Bar #: 01980 (MD) |
| | Attorney for Movant |

      I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

      /s/ Richard J. Rogers_____
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

Copies to:

Thanh D. Zito
625 Milford Court
Abingdon, MD 21009

and respondent(s)' counsel:
Lawrence A. Price, Jr., Esquire
808 South Main Street
Bel Air, MD 21014

Robert S. Thomas, II, Trustee
300 E. Joppa Road, Suite 409
Towson, MD 21286

Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204

**End of Order**